IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY LLOYD HOWARD, | No. 2:06-cv-1863-MCE-CMK-P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF ORANGE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 25, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within ten (10) days.  Plaintiff has filed Objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case.

///

1 | Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to
2 | be supported by the record and by proper analysis.
3 |     Accordingly, IT IS HEREBY ORDERED that:
4 |     1.    The Findings and Recommendations filed October 25, 2006, are adopted in full;
5 |     2.    This action is dismissed without prejudice; and
6 |     3.    The Clerk of the Court is directed to enter judgment and close this file.
7 | DATED: November 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE